United States District Court
Southern District of Texas

**ENTERED**

May 15, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| IMRAN ATAIE, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| VS. | § | **CIVIL ACTION NO. 5:26-CV-00904** |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

### ORDER

Pending before the Court is Petitioner Imran Ataie's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Dkt. 1.)

Having reviewed the Petition, Respondents are hereby **ORDERED** to show cause and submit a response to the habeas petition, (Dkt. 1) and serve it on Petitioner no later than **May 22, 2026**, which is between the three-to-twenty-day time period contemplated by 28 U.S.C. § 2243. The Court advises the Respondents that if no response is received, the Court may treat the petition as unopposed. Petitioner is **ORDERED** to submit a reply to Respondents' response on or before **May 29, 2026**.

The Clerk of Court is **DIRECTED** to e-mail a copy of Docket Entry No. 1 and this Order to the following email addresses: usatxs.civilnotice@usdoj.gov, Daniel.Hu@usdoj.gov, and Hector.Ramirez@usdoj.gov.

Additionally, it is further **ORDERED** that Respondents must notify the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days** beforehand.

IT IS SO ORDERED.

SIGNED this May 15, 2026.

_____
Diana Saldaña
United States District Judge